

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-29,547-08

### EX PARTE ROBERT LEE DAVIS, Relator

### ON APPLICATIONS FOR WRITS OF MANDAMUS CAUSE NOS. 9408436-E AND 9408436-F IN THE 339TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 339th District Court of Harris County challenging cause numbers 9408436-E and 9408436-F. The trial court entered orders designating issues in both causes on February 1, 2013 and January 6, 2014, respectively. These applications have yet been forwarded to this Court.

Respondent, the Judge of the 339th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the records on such habeas corpus applications. In the alternative, Respondent may resolve the issues set out in the orders designating issues and then

have the District Clerk submit the records on such applications. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted a response.

Filed: October 8, 2014
Do not publish